## ANTONIO GUERRERA *v.* LINO CAPOZZI ET AL.
### (11169)

FOTI, LANDAU and SCHALLER, Js.

Argued March 31—decision released April 20, 1993

*George E. Mendillo,* for the appellants (defendants).
*Alvin Rosenbaum,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## MARIE-FRANCE SILVER *v.* JEFFREY SILVER
### (11611)

O'CONNELL, LANDAU and FREEDMAN, Js.

Argued April 1—decision released April 20, 1993

*Charles M. McCaghey,* with whom was *Susan J. Krembs,* for the appellant (defendant).
*Joseph T. O'Connor,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.